James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515
E-mail: AnneB@skwsf.com

Attorneys for Plaintiffs

Ronald K. Losch (SBN 98170)
LOSCH & EHRLICH
425 California St., Suite 2025
San Francisco, CA 94104
Telephone: 415-956-8400
Facsimile: 415-956-2150
E-mail: RL@Losch-Ehrlich.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NEVILLE STRUCTURES dba NEVILLE BROTHERS, INC., et al.<br><br>Defendants. | Case No.: C 06 4621 JSW<br><br>**STIPULATION AND CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE AND (PROPOSED) ORDER** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to this action hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of

Appeals for the Ninth Circuit. The parties hereby stipulate to an order referring this case to the Magistrate Judge for all further proceedings.

DATED: December 29, 2006                STANTON, KAY & WATSON, LLP

By *Anne Bevington* (signature)
Anne Bevington
Attorneys for Plaintiffs

DATED: December 29, 2006                LOSCH & EHRLICH

By _____
Ronald K. Losch
Attorneys for Defendants

---

## ORDER

The parties having consented and stipulated, a randomly assigned

IT IS HEREBY ORDERED that this case is referred to United States Magistrate Judge _____ for all further proceedings, including trial and entry of judgment.

DATED: January 3, 2007

*Jeffrey S. White* (signature)
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom

F:\CASES\30\32.208 Neville Structures II\PLEADINGS\Joint CMC Statement.doc

- 2 -
STIPULATION AND CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE AND (PROPOSED) ORDER [C 06 4621 JSW]

1 | Appeals for the Ninth Circuit. The parties hereby stipulate to an order referring this case to
2 | the Magistrate Judge for all further proceedings.

3 | DATED: December 29, 2006              STANTON, KAY & WATSON, LLP

5 |                                       By _____
6 |                                          Anne Bevington
                                             Attorneys for Plaintiffs

8 | DATED: December 29, 2006              LOSCH & EHRLICH

10 |                                      By _____
                                             Ronald K. Losch
11 |                                         Attorneys for Defendants

---

### ORDER

The parties having consented and stipulated,

IT IS HEREBY ORDERED that this case is referred to United States Magistrate Judge
_____ for all further proceedings, including trial and entry of judgment.

DATED: _____           _____
                                 HON. JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE

F:\CASES\30\32.208 Neville Structures II\PLEADINGS\Joint CMC Statement.doc

- 2 -
STIPULATION AND CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE AND (PROPOSED) ORDER [C 06 4621 JSW]