**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND et al., | No.06-4621 MEJ |
| Plaintiffs, | ORDER SETTING DATE FOR CASE MANAGEMENT CONFERENCE |
| vs. | |
| NEVILLE STRUCTURES dba NEVELLE BROTHERS INC., et al., | |
| Defendants. / | |

The Court hereby sets the Case Management Conference in this matter for July 26, 2007, at 10:00 a.m., 15th floor, Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

Please see Judge James' Case Management Standing Order, a copy of which can be found at www.cand.uscourts.gov/.

**IT IS SO ORDERED.**

Dated: June 6, 2007

MARIA-ELENA JAMES
United States Magistrate Judge