**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT
9
10       FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
CLOMMER HAWKINS,                                    No. C-06-4621 MEJ

   Plaintiff,
                                                    **NOTICE OF REFERRAL**
 vs.

ALAMEDA-CONTRA COSTA TRANSIT
DISTRICT and Does 1-10, inclusive,

   Defendants.
_____/

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  Pursuant to 28 U.S.C. 636(b)(1)(B), this matter has been referred to Judge Maria-Elena James for all purposes including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. Please conform your filings accordingly. The Northern District of California Revised Civil Local Rules shall apply to this case. Copies of these rules may be obtained in the District Court Clerk's's Office, 16th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall comply with Judge James' standing order regarding discovery and dispute procedures, a copy of which may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

Finally, when filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

**IT IS SO ORDERED.**

Dated: June 6, 2007



_____
MARIA-ELENA JAMES
United States Magistrate Judge

2