1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9                    UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  GIL CROSTHWAITE, et al., as Trustees of the     Case No.:  C06-4621 MEJ
    OPERATING ENGNEERS HEALTH AND
    WELFARE TRUST FUND FOR NORTHERN
13  CALIFORNIA; PENSION TRUST FUND FOR      **NOTICE OF SETTLEMENT**
    OPERATING ENGINEERS, et al.
14
15          Plaintiffs,

16  v.

17  NEVILLE STRUCTURES dba NEVILLE
    BROTHERS, INC. et al.,

18          Defendants.

19

20          Plaintiffs herein respectfully request that all previously set Court deadlines be taken off

21  calendar, as set forth in more detail below:

22          1.      A Mediation Hearing was held with Mediator Paul J. Dubow, on February 11,

23
24  2008.

25          2.      The parties reached an agreement at the Mediation Hearing that will resolve this

26  matter.  Plaintiffs are currently preparing a Stipulation for Entry of Judgment for signature by both

27  parties.
                                                                                            -1-
28

                                              **NOTICE OF SETTLEMENT**
                                              **Case No.:C06-4621 MEJ**

3. Upon signature of the Stipulation by both parties, plaintiffs will file a Conditional Dismissal with the court.

4. In an effort to avoid an increase in fees and costs, plaintiffs therefore respectfully request that all previously set Court deadlines be taken off calendar.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Dated: February 12, 2008              SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/s/_____
     Michele R. Stafford, Esq.
     Attorneys for Plaintiffs


IT IS SO ORDERED.

All currently set deadlines are taken off calendar.


Date: _February 20, 2008_____          _____
                                 United States Dist[...]

*IT IS SO ORDERED*
*Judge Maria-Elena James*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

-2-

**NOTICE OF SETTLEMENT**
**Case No.:C06-4621 MEJ**

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On February 12, 2008, I served the following document(s):

**NOTICE OF SETTLEMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Ronald K. Losch, Esq.**
**Losch & Ehrlich**
**425 California Street, Suite 2025**
**San Francisco, California 94104**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 12th day of February, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-

**NOTICE OF SETTLEMENT**
**Case No.:C06-4621 MEJ**