IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, | No. C 06-4621 MEJ |
| Plaintiff(s), | |
| vs. | **CONDITIONAL DISMISSAL** |
| NEVILLE STRUCTURES, et al., | |
| Defendant(s). | |

On February 11, 2008, the parties in the above-captioned matter participated in a mediation session, at which time the case fully settled. (Dkt. #25.) Accordingly, IT IS HEREBY ORDERED that this case be dismissed with prejudice. However, if any party shall certify to the Court, within ninety days and proof of service on opposing counsel, that the agreed consideration for said settlement has not been delivered, this Order shall stand vacated and the case shall be restored to the calendar for trial. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: October 30, 2008

MARIA-ELENA JAMES
United States Magistrate Judge